**Margaret S. Olney,** OSB No. 881359
**Henry J. Kaplan,** OSB No. 830559
**Thomas K. Doyle,** OSB No. 972511
Bennett, Hartman, Morris & Kaplan, LLP
210 SW Morrison St., Ste. 500
Portland, Oregon 97204-3149
Telephone: (503) 227-4600
Facsimile: (503) 248-6800
Email: olneym@bennetthartman.com
Email: kaplanh@bennetthartman.com
Email: doylet@bennetthartman.com

    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| EAGLE POINT EDUCATION ASSOCIATION/SOBC/OEA; DAVE CARRELL, STACI BOYER, | Case No. 1:12cv846-CL |
| Plaintiffs, | |
| v. | JUDGMENT |
| JACKSON COUNTY SCHOOL DISTRICT NO 9; CYNDA S. RICKERT; MARK BATEMAN; TED DOLE; SCOTT GRISSOM; JIM MANNENBACH and MARY ANN OLSEN, | |
| Defendants. | |

This matter came before the Court on the cross-motions for summary judgment filed by Plaintiffs (#56) and Defendants (#63). Magistrate Judge Mark Clarke issued a

Page 1 - JUDGMENT

Report and Recommendation dated April 6, 2015 granting Plaintiffs' motion in its entirety and denying Defendant's motion (#91). Defendants filed objections (#96) to that Report and Recommendation, to which Plaintiffs responded (#100).

On July 9, 2015, U.S. District Court Judge Michael McShane issued an Order adopting Magistrate Judge Clarke's Report and Recommendation (#102). Accordingly, the Court denied Defendants' motion for summary judgment (#63) and granted Plaintiffs' motion for summary judgment (#56).

Based upon the court orders and the record herein, IT IS ADJUDGED that:

1. Defendants violated Plaintiffs' free speech rights under the First Amendment to the U.S. Constitution by adopting and enforcing the resolutions and policies identified in the third amended complaint (#43).

2. Defendants violated Plaintiffs' free speech rights under Article 1, section 8 of the Oregon Constitution by adopting and enforcing the resolutions and policies identified in the third amended complaint (#43)

3. Defendants are permanently enjoined from re-enacting the resolutions and policies which the court has declared unlawful;

4. Plaintiffs are awarded nominal damages in the amount of $100;

Page 2 - JUDGMENT

5. Plaintiffs may submit a motion for attorney fees and costs pursuant to Fed. R. Civ. P. 54(d).

DATED this _5_ day of ~~July~~ Aug, 2015.

_L___ L___

Judgment prepared by:
Margaret S. Olney, OSB 881359
Henry J. Kaplan, OSB 850330
Thomas K. Doyle, OSB 972511
Of Attorneys for Plaintiffs
olneym@bennetthartman.com
kaplanh@bennetthartman.com
doylet@bennetthartman.com