IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Medford Division

EAGLE POINT EDUCATION
ASSOCIATION/SOBC/OEA; DAVE
CARRELL, STACI BOYER,

        Plaintiffs,

v.

JACKSON COUNTY SCHOOL DISTRICT
NO 9,

        Defendant.

Case No.   1:12cv846-CL

SUPPLEMENTAL JUDGMENT
FOR ATTORNEY FEES AND
COSTS

This matter came before the Court on the Plaintiffs' Motion for Attorney Fees and Costs – Amount Stipulated.  The Court, having reviewed the entire file herein and the Declaration of Margaret S. Olney makes the following findings:

Page 1 – SUPPLEMENTAL JUDGMENT FOR ATTORNEY FEES AND COSTS

1. As set forth in the Amended Judgment entered August 18, 2015, plaintiffs are the prevailing party in this lawsuit brought under 42 U.S.C. § 1983. Accordingly, they are entitled to an award of attorney fees and costs under U.S.C. § 1988.

2. An award of $150,000 in attorney fees and costs is reasonable.

Based on these findings, IT IS ADJUDGED:

Plaintiffs are awarded a judgment in the amount of $150,000

DATED this 29 day of Nov, 2015.

_____
Michael J. McShane
United States District Court Judge

Page 2 – SUPPLEMENTAL JUDGMENT FOR ATTORNEY FEES AND COSTS